**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| KRISTIN SCHMITZ and DANIELLE CONNOR, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:24-cv-04143 |
| Plaintiffs, | |
| v. | Hon. Sara L. Darrow |
| CASEY'S GENERAL STORES, INC., SYNQ3 RESTAURANT SOLUTIONS, LLC, and SOUNDHOUND AI, INC. | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this case is hereby dismissed with prejudice and without an award of fees or costs to any party.

Dated: February 27, 2025

**KAHN SWICK & FOTI, LLC**

*/s/ J. Ryan Lopatka*
J. Ryan Lopatka (Bar Number 6303849)
161 N. Clark St., Suite 1700
Chicago, IL 60601
Telephone: (312) 759-9700
Facsimile: (504) 455-1498
Email: j.lopatka@ksfcounsel.com

Kim E. Miller
250 Park Avenue, 7th Floor
New York, NY 10177and
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Lewis S. Kahn
Melissa H. Harris (Bar Number 33573)
1100 Poydras Street, Suite 960

New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: melissa.harris@ksfcounsel.com

-and-

**DON BIVENS, PLLC**
Don Bivens
Teresita Mercado
15169 N. Scottsdale Road
Suite 205
Scottsdale, Arizona 85254
don@donbivens.com
teresita@donbivens.com
602-708-1450

*Counsel for Plaintiffs and the Putative Class*

*/s/Bonnie Keane DelGobbo*
Bonnie Keane DelGobbo
**BAKER & HOSTETLER LLP**
bdelgobbo@bakerlaw.com
One North Wacker Drive
Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.8185
Facsimile: 312.416.6201

*Attorneys for Defendant Casey's General Stores, Inc.*

/s/ *Mary A. Smigielski*
Mary A. Smigielski, ARDC No. 6243913
Alexa C. Bradley, WI SBN: 1102009
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
T (312) 345-1718/
F (312) 345-1778
Mary.Smigielski@lewisbrisbois.com
Alexa.Bradley@lewisbrisbois.com

*Attorneys for Synq3 Restaurant Solutions, LLC and Soundhound AI, Inc.*

2